IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CASE NO: 2:10-CV-10-F

| | |
|---|---|
| Marlen Guadalupe Landeros Covarrubias, Sandivel Villanueva Flores, Rita Dorali Curiel Sandoval and all others similarly situated,<br><br>    Plaintiffs<br><br>v.<br><br>Capt. Charlie's Seafood, Inc., Phillip Carawan and Tara Foreman,<br><br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties, by their respective undersigned attorneys, hereby stipulate to a dismissal of this action, with prejudice.

This the 4th day of January, 2012.

Respectfully submitted,

| | |
|---|---|
| /s/ Clermont L. Fraser | /s/ John E. Pueschel |
| Clermont L. Fraser | John E. Pueschel |
| Attorney for Plaintiffs | Attorney for Defendants |
| NC Bar # 36761 | NC Bar # 28030 |
| | |
| North Carolina Justice Center | Womble Carlyle Sandridge & Rice, PLLC |
| PO Box 28068 | One West Fourth Street |
| Raleigh, NC 27611 | Winston-Salem, NC 27101 |
| Phone: 919-861-0606 | Phone: 336-721-3726 |
| Fax: 919-856-2175 | Fax: 336-726-6013 |
| clermont@ncjustice.org | jpueschel@wcsr.com |

**CERTIFICATION OF SERVICE**

I hereby certify that on January 4, 2012 I electronically filed the parties' Joint Stipulation of Voluntary Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

    John Pueschel
    James Morgan
    Womble Carlyle Sandrige & Rice, PLLC
    One West Fourth Street
    Winston-Salem, NC 27101
    *Counsel for Defendants*

    Respectfully submitted,

    /s/ Clermont L. Fraser
    Clermont L. Fraser
    Attorney for Plaintiff
    North Carolina Bar # 36761
    clermont@ncjustice.org